UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY LEWIS,

        Plaintiff,

v.

STATE OF CA et al,

        Defendant.

                                      /

Case Number: CV07-03267 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Lewis P-08594
SCC 65-09-L
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: June 25, 2007

                                              Richard W. Wieking, Clerk
                                              By: Barbara Espinoza, Deputy Clerk